FILED

MAR - 5 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jaime Luevano,                           )
                                         )
         Plaintiff,                      )
                                         )
                                         )
    v.                                   )        Civil Action No.  **09  0423**
                                         )
Immigration and Customs                  )
Enforcement *et al.*,                    )
                                         )
         Defendants.                     )
                                         )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8

standard ensures that defendants receive fair notice of the claim being asserted so that they can

prepare a responsive answer and an adequate defense and determine whether the doctrine of *res*

*judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is an inmate at the county jail in El Paso, Texas. In papers submitted to the

Clerk comprised mostly of scribblings, plaintiff lists officials of the Immigration and Customs



3

Enforcement as defendants but his allegations are incomprehensible. Accordingly, the case will be dismissed by separate Order issued contemporaneously.

_Ellen S Huck_
United States District Judge

Date: February 11, 2009